# Order

**Lansing, Michigan**

August 20, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

Rehearing No. 566

137111

ANTHONY PELLEGRINO, Individually and
as Personal Representative of the Estate of
SHIRLEY ANN PELLEGRINO,
        Plaintiffs-Appellees,

v

                          SC: 137111
                          COA: 274743

AMPCO SYSTEM PARKING,
        Defendant-Appellant.
                          Wayne CC: 03-325462-NI

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.

WEAVER and HATHAWAY, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2010

0817

                                        Clerk